UNITED STATES of America,
Plaintiff–Appellee,

v.

Korvell Dennis PITTMAN,
Defendant–Appellant.

No. 04–2546.

United States Court of Appeals,
Seventh Circuit.

April 12, 2006.

John K. Mehochko, Office of the United States Attorney, Rock Island, IL, for Plaintiff–Appellee.

George F. Taseff, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

Before Hon. RICHARD A. POSNER, Hon. FRANK H. EASTERBROOK, and Hon. TERENCE T. EVANS, Circuit Judges.

### *ORDER*

After the limited *Paladino* remand, the sentencing judge has informed us that he is inclined to give the defendant a lower sentence. The case is therefore remanded for resentencing.